### AS ONE OPTION TO CROWDING

# Governor considers additional prison

*Associated Press*

MONTGOMERY — Gov. Bob Riley said Friday he is considering construction of another state prison as one option for housing the growing number of state inmates.

Alabama has 1,921 state inmates backed up in county jails because of a lack of space in state prisons. The state Department of Corrections had 2,844 inmates backed up, but that backlog was eliminated last year by sending inmates to private prisons out of state, increasing paroles and expanding community corrections programs.

The state Department of Corrections once had 2,844 inmates backed up, but that backlog was eliminated last year by sending inmates to private prisons out of state, increasing paroles and expanding community corrections programs.

But the backlog began to return this fall, Riley said at a Capitol news conference with the state parole board and representatives of the Alabama Sheriffs Association.

"There's nobody left in the state of Alabama that doesn't think we've got to do something about this. The problem facing the state now is finding space for violent offenders. What we've got now just doesn't exist," Riley said.

Riley said his administration is studying three options, including more inmates to private prisons in other Southern states, paying county jails to house state inmates or building another state prison for violent offenders.

The Alabama Sheriffs Association is surveying county sheriffs to see how many have space in their jails and whether they would be willing to house state prisoners.

Riley said officials from four or five counties have expressed interest in getting a state prison because existing prison provides...