

EDITORIALS

# Numbers on the rise
### State inmate backlog building again

In the past, their long-ignored problem of state inmates overcrowding the system of state inmates overcrowding their welcome in Alabama's county jails could continue to grow until the state's jails sued in a lawsuit to require the state to get inmates out of their jails to begin with that they be moved into the state's crowded state prison system.

This time, Gov. Bob Riley's administration is said to be looking at a different kind of solution — paying the county sheriffs for jail-ing state inmates until they can be moved into the state prison system.

It is tempting to say that took them so long? It would seem it entering space for inmates in county jails would have been an idea addressed even before sending inmates out of state.

"Bobby Timmons, executive director of the Alabama Sheriffs' Association, sent a questionnaire to sheriffs asking if they were interested and how many inmates they might be able to house."

Reaction was mixed. Some counties, especially those with few jails to pay for, seemed interested in the potential for revenue. Some, like Montgomery County Sheriff D.T. Marshall, opposed any agreement.

The overcrowding problems in the state system led to the creation of a second parole board to speed up hearings for those eligible for parole and to build a state facility to house some Alabama inmates for a while.

The numbers of state prisoners remaining in county jails longer than the 30 days after sentencing allowed by law has begun to creep up again. The state's eliminated the backlog for several months. But as of last week there were 795 prisoners in county jails who already should have been taken into state prisons.

While this is nothing near the 2,841 inmates lingering in county jails at one point in the past, there is reason to worry that the number...

St. Clair County Sheriff Terry Surles said the counties don't need to house state inmates for less than anyone else... not the $15 the state pays now.

The state paid more to house inmates out of state, and county sheriffs are well aware of that; should the state try to negotiate to keep state inmates in county jails.

But even at the same price, the state should save some money in travel costs to put inmates in out-of-state facilities and keep-ing inmates closer to their families should increase the chance that they function in person will rehabilitate them.

It is an option the state should explore as it continues to deal with the overcrowding issue.