IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY MOSE, #197649, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV947-F |
| | ) |
| BOB RILEY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On 13 October 2005, the Magistrate Judge filed a Recommendation (Doc. #5) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation is ADOPTED;

2. That the plaintiff's motion for class certification (Doc. # 2) is DENIED; and

3. That this case is REFERRED back to the Magistrate Judge for appropriate proceedings.

Done this the 1st day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE