IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROY MOSE, #197649, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-947-F |
| | ) | |
| BOB RILEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to intervene filed by Roy Mose on December 1, 2005 (Court Doc. No. 11), and as Mose is the plaintiff in this cause of action, it is

ORDERED that the motion to intervene be and is hereby DENIED.

Done this 20th day of December, 2005.

/s/ Delores R. Boyd
UNITED STATES MAGISTRATE JUDGE


*For*

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE