IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY MOSE, #197649, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-947-MEF |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to intervene filed by Andre Lavel Webster on December 1, 2005 (Court Doc. No. 12), and for good cause, it is

ORDERED that the motion to intervene be and is hereby DENIED as moot.

Done this 15th day of May, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE